**Order entered November 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00142-CV

**DARREN MELTON, Appellant**

**V.**

**601 JEALOUSE, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06444-B**

## ORDER

Before the Court is the November 11, 2019 second request of Robin Washington, Official Court Reporter for County Court at Law No. 2, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **November 18, 2019**. We caution Ms. Washington, that further extension requests will be disfavored.

/s/     BILL WHITEHILL
JUSTICE